UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JAMES O,BRYAN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:18-cv-01299-EPG<br><br>ORDER ON STIPULATION TO EXTEND TIME AND FILE OPENING BRIEF<br><br>(ECF NO. 14) |

Having considered the proposed stipulation of Plaintiff James O'Bryan and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, to extend the briefing deadlines in this matter, and finding good cause for the stipulation. IT IS HEREBY ORDERED that

1. Plaintiff's Opening Brief in this matter shall be filed on or before June 20, 2019;

2. Defendant's opposition brief shall be filed on or before July 19, 2019; and

3. Any reply by Plaintiff will be due on or before August 2, 2019.

IT IS SO ORDERED.

Dated:  **May 16, 2019**                  /s/ *Erin P. Groy*
                                          UNITED STATES MAGISTRATE JUDGE

1